**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.**

**CRIMINAL ACTION NO. 3:14CR-57-R**
***Electronically Filed***

**AARON TAYLOR** **DEFENDANT**

# NOTICE OF APPEARANCE

The United States, by counsel, Amy M. Sullivan, Assistant United States Attorney, hereby gives notice of her appearance in the above matter for the sole purpose of filing any necessary forfeiture documents.

Respectfully submitted,

DAVID J. HALE
UNITED STATES ATTORNEY

s/ Amy M. Sullivan
Amy M. Sullivan
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911

## CERTIFICATE OF SERVICE

On October 08, 2014, I electronically filed the foregoing through the ECF system, which will send a notice of electronic filing to counsel of record for the defendant, **Scott T. Wendelsdorf**, 629 S Fourth Street, Suite 200, Louisville, KY 40202.

s/ Amy M. Sullivan
Amy M. Sullivan
Assistant United States Attorney