3:14 CR-57-TBR

FILED
VANESSA L. ARMSTRONG, CLERK
JAN 09 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States District Court
Western District of Kentucky
Honorable Senior District Judge Thomas B. Russell
501 Broadway
Paducah Ky 42001

2018 January 04

Dear Senior Judge Russell,

My name is Aaron Taylor case number (314 CR-57).
I am currently under supervised release, in Jefferson County. Louisville Kentucky. I was advised that I needed to petition to the courts for release to unsupervised release. I currently hold a job for the past months. I have had no serious issues, checkable by my supervising officer one Bridget Messer. Proper planning and precision has me trying to attend school an attain my degree.
Hoping to better, my self for me and my family. Graciously ask for consideration from supervised release to non-supervised. All other relevant info need be obtain from Ms.Messer.

Thank you for your consideration in advance

Aaron Taylor
Petitioner

Aaron Taylor
9611 W Market St
Lou Ky 40212

LOUISVILLE KY 400
06 JAN 2018 PM 2 L
Happy Holidays




Attn Honorable Senior Judge Russell
501 Broadway St
Paducah Ky 42001

**FILED**
VANESSA L. ARMSTRONG, CLERK
JAN 09 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

42001-685699